| Obion County | **STATE OF TENNESSEE** | Case Number |
| --- | --- | --- |
| | **CIVIL SUMMONS** | CC-21-CV-26 |
| | page 1 of 2 | |

**Travis Nelson vs. U.S. Corrections LLC and Christopher Frien**

Served On:

Susan Brinkley, registered agent U.S. Corrections llc    517 Hickory Hill Boulevard, White Creek, TN 37189

You are hereby summoned to defend a civil action filed against you in _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: August 20, 2021                             *Denise Taylor*
                                                    Clerk / Deputy Clerk

Attorney for Plaintiff: Troy B. Jones, Esq. Law Offices of Troy B. Jones
P.O. Box 2308, Knoxville, Tennessee 37901

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____                               _____
                                                    Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____                    By: _____
                                         Please Print: Officer, Title

Agency Address                           Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____                    _____
                                         Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff                   Plaintiff's Attorney (or Person Authorized to Serve Process)

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( )*

Rev. 03/11

| Obion County | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 2 | Case Number<br>CC-21-CV-26 |
|---|---|---|

**Travis Nelson vs. U.S. Corrections LLC and Christopher Frien**

Served On:

Susan Brinkley, registered   517 Hickory Hill Boulevard, White Creek, TN 37189
agent U.S. Corrections llc

DEFENDANT'S COPY

You are hereby summoned to defend a civil action filed against you in _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: August 20, 2021                    *Denise Taylor*
                                            Clerk / Deputy Clerk

Attorney for Plaintiff:   Troy B. Jones, Esq. Law Offices of Troy B. Jones
                          P.O. Box 2308, Knoxville, Tennessee 37901

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____   _____
                   Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____                         By: _____
                                         Please Print: Officer, Title

Agency Address                           Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____                         _____
                                         Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff                   Plaintiff's Attorney or Person Authorized to Serve Process

*ADA: If you need assistance or accommodations because of a disability, please call _____ ADA Coordinator, at ( ) _____.*

IF YOU HAVE A DISABILITY AND REQUIRE ASSISTANCE, PLEASE CALL 731-885-1372

Rev. 03/11

## IN THE CIRCUIT COURT FOR OBION COUNTY, TENNESSEE

TRAVIS NELSON )
1765 W. Grand Boulevard )
Detroit, MI 48208 )
 )
    Plaintiff, )
 )
vs. )  No. CC-21-CV-26
 )
U.S. CORRECTIONS LLC, )  JURY DEMAND
4150 Dow Road Ste. 1 )
Melbourne, Florida 32934 )
Registered Agent: )
    SUSAN BINKLEY )
    517 Hickory Hill Boulevard )  OBION COUNTY
    Whites Creek, TN 37189 )  CIRCUIT COURT CLERK
 )  FILED A.M.
and )  10:15
 )  AUG 20 2021
CHRISTOPHER S. FREIN )
3962 W. Pine Boulevard #G )  HARRY JOHNSON
St. Louis, MO 63108 )  _____OT_____ D.C.
 )
    Defendants. )

## COMPLAINT

Come the Plaintiff, and for a cause of action for personal injury state the following:

1. Plaintiff, Travis Nelson was a resident of the State of Michigan. At all times material to this Complaint the incident complained of took place in Obion County, Union City, Tennessee.

2. The Defendant, U.S. Corrections, LLC is a foreign limited liability company incorporated in the State of Tennessee. Defendant was doing business as U.S. Corrections, LLC at 517 Hickory Hill Boulevard, White Creeks, Tennessee. U. S. Corporation may be served with process via Registered Agent. Susan Binkley, 517 Hickory Hill Boulevard, Whites Creek, Tennessee 37189

3. The Defendant, Christopher S. Frein is a resident of St. Louis, MO and can be served with process at the address shown in the caption.

4. Jurisdiction and venue are proper in the Court pursuant to T.C.A. §20-4-101 et. seq.

5. On or about September 20, 2019, Plaintiff was a passenger in a U.S. Corrections van hauling inmate passenger. The Defendant Christopher S. Frein stated to Officer McBride that the U.S. Corrections van breaks had failed and could not stop in time to keep from hitting the dump truck. Defendant Christopher S. Frein was issued a citation for following too close. As a direct and approximate result of the action and inaction of Defendants a violent collision occurred with the van and dump truck.

6. As a result of the aforesaid motor vehicle accident, Plaintiff, Travis Nelson, avers he has sustained serious painful and/or disabling injuries. Plaintiff Travis Nelson has been required to seek necessary medical treatment and has incurred corresponding reasonable and necessary medical expenses.

7. As of the date of the aforesaid motor vehicle wreck, Defendant Christopher S. Frien was operating a 2018 Dodge van owned by Defendant U.S. Corrections LLC, upon information and belief, Defendant Christopher S. Frein was a employee of U.S. Correction LLC and had permission to drive the 2018 Dodge van from U.S. Corrections LLC at a point in time prior to this accident.

8. The breaks on the U.S. Corrections LLC van failed as Defendant Christopher S. Fein attempted to apply them.

9. Defendant Christopher S. Fein was negligent in that he: (a) failed to keep a proper lookout ahead; (b) was following too closely; (c) failed to keep his vehicle under due and reasonable control; (d) failed to bring his vehicle under control and stop the same when there was

sufficient time and distance for him to do so; (e) operated his vehicle with disregard for the safety of the plaintiff and other users of the highway.

10. Plaintiff further alleges that his injuries and damages were proximately caused by the Defendant Christopher S. Fien's combining and concurring violation and was guilty of negligence *per se* by violating Tennessee Code Annotated as follows:

> **T.C.A § 55-8-197. Failure to Yield the Right-of Way.** Any person who violates (a)(1)-(3) and violation results in an accident resulting in serious bodily injury to or death of any person shall be guilty of a misdemeanor.
>
> **T.C.A § 55-8-124. Following too closely.** (a) The driver of a motor vehicle shall not follow another vehicle more closely than is reasonable and prudent having due regard for the speed of such vehicle and the traffic upon and the condition of the highway…
>
> **T.C.A. § 55-8-136. Drivers to exercise due care.** (a) Notwithstanding the foregoing provisions of this chapter, every driver of a vehicle shall exercise due care to avoid colliding with any pedestrian upon any roadway, and shall give warning by sounding the horn when necessary, and shall exercise proper precaution…
>
> **T.C.A § 55-10-205. Reckless Driving**. Any person who drives any vehicle in willful or wanton disregard for the safety of persons or property is guilty of reckless driving.

11. Defendant U.S. Corrections LLC was negligent in that they: (a) failing to maintain the passenger van at issue; (b) failure to fix and repair the passenger van when notified was reasonable given: (c) failure to inspect the passenger van at issue on a regular basis.

12.    Defendants U.S. Corrections LLC and Christopher S Fein negligence, either solely or combined and concurring with the negligent acts of the other Defendant, was a proximate cause of the injuries sustained by Plaintiff Travis Nelson.

## PRAY FOR RELIEF

1.    As a direct and proximate result of the negligence of the defendants, plaintiff Travis Nelson has received serious personal injuries, some or all of which are permanent as a result of this, the plaintiff has suffered continuous physical pain and mental distress; has suffered a permanent diminished capacity to enjoy life; has sustained loss of income and diminished earning capacity; has incurred medical bills for treatment and care, and will continue to do so in the future

2.    WHEREFORE, plaintiff Travis Nelson demands judgment in the amount seven hundred fifty thousand dollars ($750,000.00) and costs and demands a jury to try this action.

Respectfully submitted this ___17___ day of ___August___, 2021.

LAW OFFICES OF TROY B. JONES

By: _____
Troy B. Jones, B.P.R.# 033064
Attorney for Plaintiff

LAW OFFICES OF TROY B. JONES
Mailing Address:
P.O. Box 2308
Knoxville, Tennessee 37901
Physical Address:
418 South Gay Street, Suite 204
Knoxville, Tennessee 37902
Telephone: (865) 456-5901
Fax: (865) 262-8855
*troy@troybjones.com*

## IN THE CIRCUIT COURT FOR OBION COUNTY, TENNESSEE

| | |
|---|---|
| TRAVIS NELSON<br>1765 W. Grand Boulevard<br>Detroit, MI 48208<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. CORRECTIONS LLC,<br>4150 Dow Road Ste. 1<br>Melbourne, Florida 32934<br>Registered Agent:<br>    SUSAN BINKLEY<br>    517 Hickory Hill Boulevard<br>    Whites Creek, TN 37189<br><br>and<br><br>CHRISTOPHER S. FREIN<br>3962 W. Pine Boulevard #G<br>St. Louis, MO 63108<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. _____<br>)<br>)    JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### COST BOND

I hereby acknowledge and bind myself for the prosecution of this action and payment of all nondiscretionary cost in this Court, which may at any time be adjudged against the plaintiff in the event the plaintiff shall not pay them.

                                           Witness my hand this \_\_17\_\_ day of \_\_August\_\_, 2021.

                                           LAW OFFICES OF TROY B. JONES

                               By: _____
                                           Troy B. Jones, BPR# 033064
                                           Attorney for Plaintiff

LAW OFFICES OF TROY B. JONES
418 South Gay Street, Suite 204
Knoxville, Tennessee 37902
Telephone: (865) 456-5901
*troy@troybjones.com*